**Robert K. Phillips- #135088**
**Katherine A. Munter- # 163666**
**Sharon E. How- # 216812**
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, 10th Floor
San Francisco, California 94108
Phone: (415) 278-9400
Fax:    (415) 278-9411

Attorneys for Plaintiff
Oculus Innovative Sciences, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCULUS INNOVATIVE SCIENCES, INC. | Case No. C06-1686 SI |
| Plaintiff, | |
| v. | **PLAINTIFF'S REQUEST FOR CONTINUANCE OF JULY 14, 2006 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| NOFIL CORPORATION | |
| Defendant. | |
| | CMC:   JULY 14, 2006 |
| | TIME:  2:00PM |
| | CTRM 10:  JUDGE S. ILLSTON |

TO THIS HONORABLE COURT:

   PLEASE TAKE NOTICE that Plaintiff OCULUS INNOVATIVE SCIENCES, INC. requests that the court continue the Initial Case Management Conference currently set for July 14, 2006 at 2:00 pm. This request is based on the fact that despite Plaintiff's best efforts, service has not yet been effected on Defendants NOFIL CORPORATION and NAOSHI KONO. These defendants are citizens of and reside in Japan. Thus, under the applicable rules of the Hague Convention, service must be effected by the Japanese Central Authority, Ministry of Foreign Affairs. Plaintiff OCULUS caused to be provided to the Japanese Central Authority all papers including translations necessary to effect service on or about April 27, 2006. We are advised that service will be effected on Defendants by the Ministry of Foreign Affairs by the end of July,

1  2006. For this reason OCULUS requests a 30 day continuance for the Initial Case Management
2  Conference.

4  Dated: July 13, 2006                                    PHILLIPS, SPALLAS & ANGSTADT LLP

                                                           By: _____
                                                           Katherine A. Munter
                                                           Attorneys for Plaintiff
                                                           Oculus Innovative Sciences, Inc.

[PROPOSED] ORDER

It is hereby ordered that the Initial Case Management Conference in this matter is continued to  9/1/06 @ 2 p.m.  .

_____
Judge Susan Illston

-2-
**PLAINTIFF'S REQUEST FOR CONTINUANCE OF 07/14/06 CASE MANAGEMENT CONFERENCE.**
*U.S.D.C. – Northern District of California – Case No.* C06-1686 SI)