Robert K. Phillips- #135088
Katherine A. Munter- # 163666
Sharon E. How- # 216812
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, 10th Floor
San Francisco, California 94108
Phone: (415) 278-9400
Fax: (415) 278-9411

Attorneys for Plaintiff
Oculus Innovative Sciences, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCULUS INNOVATIVE SCIENCES,INC.<br><br>Plaintiff,<br><br>v.<br><br>NOFIL CORPORATION<br>Defendant. | Case No. C06-1686 SI<br><br>**PLAINTIFF'S REQUEST FOR CONTINUANCE OF SEPTEMBER 1, 2006 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Accompanying Papers: **DECLARATION OF KATHERINE A. MUNTER**<br><br>CMC: SEPTEMBER 1, 2006<br>TIME: 2:00 PM<br>CTRM 10: JUDGE S. ILLSTON |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that Plaintiff OCULUS INNOVATIVE SCIENCES, INC. requests that the court continue the Initial Case Management Conference currently set for September 1, 2006 at 2:00 pm. This request is based on the fact that despite Plaintiff's best efforts, service has not yet been effected on Defendants NOFIL CORPORATION and NAOSHI KONO. These defendants are citizens of and reside in Japan. Thus, under the applicable rules of the Hague Convention, service must be effected by the Japanese Central Authority, Ministry of Foreign Affairs. Plaintiff OCULUS caused to be provided to the Japanese Central Authority all papers including translations necessary to effect service on or about April 27, 2006. At that

time we were advised that service will be effected on defendants by the Ministry of Foreign Affairs by the end of July, 2006.

Pursuant to a status check on July 19, 2006, we were informed that service has not yet been effected on the defendants. Since that date, OCULUS' counsel in Japan, Mr. Kazunori Yamagami, has been working with the Ministry of Foreign Affairs in order to comply with that body's requirements for effecting mandatory personal service on a Japanese resident in a suit filed by a foreign entity, pending in a foreign jurisdiction. We now anticipate that service will be effected within the next two months, or by November 1, 2006. Please see the attached Declaration of Katherine A. Munter for more details regarding the status of service per the Japanese Ministry of Foreign Affairs.

For these reason OCULUS requests a 60 day continuance for the Initial Case Management Conference.

Dated: August 18, 2006              PHILLIPS, SPALLAS & ANGSTADT LLP


By: /s/ Katherine A. Munter
    Katherine A. Munter
    Attorneys for Plaintiff
    Oculus Innovative Sciences, Inc.


[PROPOSED] ORDER

It is hereby ordered that the Initial Case Management Conference in this matter is continued to  12/8/06 @ 2 p.m.  .

It is hereby ordered that the Joint Case Management Statement shall be due on  12/1/06  .

By: /s/ Susan Illston
    Judge Susan Illston

-2-
**PLAINTIFF'S REQUEST FOR CONTINUANCE OF 09/01/06 CASE MANAGEMENT CONFERENCE.**
*U.S.D.C. – Northern District of California – Case No.* C06-1686 SI