Gary L. Gray, Esq. [SBN 84807]
1390 Market, Ste. 310
San Francisco, CA 94102
415/621.4543

Fax 415/621.4586

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

OCULUS INNOVATIVE SCIENCES INC.
    Plaintiff,

VS.

NOFIL CORPORATION;
NAOSHI KONO;
and DOES 1-10

    Defendants.
_____/

NO. C06-1686 SI

[Proposed] Stipulation CONTINUING COMPLAINT REPLY DATE to DECEMBER 29, 2006; & Continuing related CMC Date.
[LR-6-3]
Proposed Order included

By counsel, the parties agree to the captioned Continuance to December 29, 2006, and request the Court's related order, based on the following:

1) <u>Prior Continuances:</u> There have 2 prior continuances, including to serve defendants who are residents of Japan;

2) Defendants' local agent very recently contacted San Francisco attorney Gary Gray, the originator of this Stipulation signed below, and he has agreed to represent defendants, contingent on receiving a signed fee agreement which should occur today, December 1, 2006;

3) <u>Reason/s for Continuance:</u> Defendants are in a distant foreign country, speak no English, and were unable to find suitable counsel until this week, using their local English speaking agent.

///

STIPULATION <u>Continuing Reply Date to Complaint</u>

4) <u>Efforts Made herein:</u> Attorney Gray has conferred with this Court's Clerk Ms. Sutton twice [yesterday & today] informing the Court this Stipulation likely is occuring.

5) Attorney Gray contemporeanously contacted plaintiff's counsel, Ms. Munter, and today <u>we agreed to this stipulation</u> telephonically, with Gray sending Ms. Munter the stipulation for her review & signature. Defendants will not dispute the effective service of the Complaint on them.

6) <u>Effect on Court & Parties:</u> Defendants require this continuance as the case involves trade secrets and other intellectual property re. biology, chemistry, mechanical, and other technology; and the time requested is necessary for counsel to sufficiently review it, <u>communicate with defendants via an interpreter</u>, and propose the related replie/s, and possible counter claims. Hopefully the Court agrees to this stipulation, including continuing the CMC date until January 2007, or later.

Dated: December 1, 2006

/S/ G. Gray  
Gary Gray, Defendants' counsel

/S/ [signature] For Katherine Munter  
Katherine Munter, Plaintiff's counsel

[Proposed] <u>Order</u>

The Court being informed of the premises above, hereby Orders that Defendants have until December 29, 2006 to reply to the Complaint; and the Case Management Conference is reset to <u>January 26, 2007,</u> with the CMC Statement due by ___January 19, 2007___ 2007.

SO ORDERED.

[signature]  
Honorable Susan Illston

contStpO.pro

2

PROOF OF SERVICE BY MAIL & FACSIMILE

*Oculus Innovative Sciences, Inc. v. Nofil Corporation et al*
U.S. District Court for the Northern District of California Case No. 3:06-cv-01686-SI

I, the undersigned, declare:

That I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within cause; that my business address is 650 California Street, 10th Floor, San Francisco, California 94108.

That on **December 1, 2006**, I served the within:

**1. [PROPOSED] STIPULATION CONTINUING COMPLAINT REPLY DATE TO DECEMBER 29, 2006; & CONTINUING RELATED CMC DATE AND PROPOSED ORDER.**

on the parties listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office addressed as set forth below in accordance with ordinary business practices for deposit with the United State Postal Service in San Francisco, California. I am readily familiar with my office business practice for collection and processing of correspondence for facsimile and mailing and the within correspondence will be deposited with the United States Postal Service this date in the ordinary course of business and by transmitting from facsimile number (415) 278-9411 to the facsimile numbers listed below. I hereby certify that there was no error in transmission, that the transmission was reported and complete, and that a transmission report was properly issued by sender's facsimile machine.

Gary L. Gray
Fox Plaza
1390 Market St. #310
San Francisco, CA 94102
T: 415.621.4543
F: 415.621.4586
Attorney for Defendants

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **December 1, 2006**, at San Francisco, California.

Jessica S. Pliner