```
1  Robert K. Phillips- #135088
   Katherine A. Munter- # 163666
2  PHILLIPS, SPALLAS & ANGSTADT LLP
   650 California Street, 10th Floor
3  San Francisco, California 94108
   Phone: (415) 278-9400
4  Fax:    (415) 278-9411

5  Attorneys for Plaintiff
   Oculus Innovative Sciences, Inc.
6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCULUS INNOVATIVE SCIENCES, INC. | Case No. C06-1686 SI |
| Plaintiff, | STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND TO EXTEND DEADLINE FOR DEFENDANTS TO FILE A REPLY TO PLAINTIFF'S OPPOSITION AND [PROPOSED] ORDER. |
| v. | |
| NOFIL CORPORATION Defendant. | |
| | HEARING:   JANUARY 26, 2007 |
| | TIME:      9:30AM |
| | CTRM 10:   JUDGE S. ILLSTON |

The parties to this action, Plaintiff OCULUS INNOVATIVE SCIENCES, INC. ("OCULUS") and Defendants NAOSHI KONO and NOFIL CORPORATION hereby stipulate as follows:

1. The parties have agreed to extend the time for Plaintiff OCULUS to file an Opposition to Defendants' Motion to Dismiss in this matter to January 11, 2007 by 4:30pm in accordance with Local Civil Rule 6-1(a).

2. The parties have agreed to extend the time for Defendants Naoshi

-1-
STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND TO EXTEND DEADLINE FOR DEFENDANTS TO FILE A REPLY TO PLAINTIFF'S OPPOSITION AND [PROPOSED] ORDER.
U.S.D.C. – *Northern District of California* – Case No. C06-1686 SI)

Kono and Nofil Corporation to file a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss in this matter to January 19, 2007 by 4:30pm in accordance with Local Civil Rule 6-1(a). If Defendants require additional time for their Reply they shall file an Ex Parte application, seeking leave from the Court. Plaintiff shall reasonably cooperate.

IT IS SO STIPULATED:

Date: 1·4·07

By: /s/ Katherine A. Munter
Katherine A. Munter, Esq.
Attorneys for PLAINTIFF
OCULUS INNOVATIVE SCIENCES, INC.

Date: 1·4·07, 9PM

By: /s/ G. Gray
Gary L. Gray, Esq.
Attorney for
DEFENDANTS NAOSHI KONO
and NOFIL CORPORATION

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

/s/ Susan Illston
The Honorable Susan Illston

-2-
STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND TO EXTEND DEADLINE FOR DEFENDANTS TO FILE A REPLY TO PLAINTIFF'S OPPOSITION AND [PROPOSED] ORDER.
U.S.D.C. – Northern District of California – Case No. C06-1686 SI)