IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCULUS INNOVATIVE SCIENCES, INC., | No. C 06-01686 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| NOFIL CORPORATION, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>March 23, 2007</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>August 17, 2007</u>.

DESIGNATION OF EXPERTS: <u>7/13/07</u>; REBUTTAL: <u>7/23/07</u>.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>August 17, 2007</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>August 31, 2007</u>;

   Opp. Due <u>September 14, 2007</u>;  Reply Due <u>September 21, 2007</u>;

   and set for hearing no later than <u>October 5, 2007</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>November 6, 2007</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>November 19, 2007</u> at <u>8:30 AM.</u>,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>five</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The answer and cross claim shall be filed by February 13, 2007.
Counsel shall be prepared to discuss an ADR procedure at the case management conference

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge