Robert K. Phillips- #135088
Katherine A. Munter- # 163666
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, 10th Floor
San Francisco, California 94108
Phone: (415) 278-9400
Fax:    (415) 278-9411

Attorneys for Plaintiff
Oculus Innovative Sciences, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCULUS INNOVATIVE SCIENCES, INC. | Case No. C06-1686 SI |
| Plaintiff, | |
| v. | STIPULATION TO AMEND PLAINTIFF'S COMPLAINT [F.R.C.P. 15(a); 15(d)] |
| NOFIL CORPORATION and NAOSHI KONO | Trial Date: November 19, 2007<br>Courtroom: 10<br>Judge: Hon. Susan Illston |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, through their respective attorneys of record, that Plaintiff OCULUS INNOVATIVE SCIENCES, INC. may amend its Complaint to add claims arising out of and related to NOFIL CORPORATION and NAOSHI KONO's failure to make payment to OCULUS in satisfaction of the Promissory Note executed by NOFIL on or about July 1, 2005. Defendants will file an ~~answer~~ reply to the Amended Complaint by May 29, 2007.

//
//
//
//

IT IS SO STIPULATED:

Date: 4.10.07  
By: /s/ Katherine A. Munter  
Katherine A. Munter, Esq.  
Attorneys for PLAINTIFF  
OCULUS INNOVATIVE SCIENCES, INC.

Date: 4.10.7  
By: /s/ G. Gray  
Gary Gray, Esq.  
Attorney for DEFENDANTS  
NOFIL CORPORATION/NAOSHI KONO



IT IS SO ORDERED  
Judge Susan Illston  
UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA