IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCULUS INNOVATIVE SCIENCES, INC., | No. C 06-01686 SI |
| Plaintiff, | **ORDER GRANTING MOTION TO SHORTEN TIME** |
| v. | |
| NOFIL CORPORATION, et al., | |
| Defendants. | |

Gary Gray has filed a motion to withdraw as counsel for defendant, and a motion to shorten time on the motion to withdraw. Plaintiff does not oppose the motion to shorten time. Accordingly, pursuant to Civil Local Rule 6-1, the Court hereby GRANTS the motion to shorten time. <u>The Court will hear argument on the motion to withdraw on Friday, June 22, 2007, at 9:00 a.m.</u>  [Docket No. 50]

**IT IS SO ORDERED.**

Dated: June 19 , 2007

SUSAN ILLSTON
United States District Judge