United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCULUS INNOVATIVE SCIENCES, INC., | No. C 06-01686 SI |
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| v. | |
| NOFIL CORPORATION, et al., | |
| Defendants. | |

Gary Gray has filed a motion to withdraw as counsel for defendants Nofil Corporation and Naoshi Kono (majority shareholder and president of Nofil). On June 22, 2007, Mr. Gray appeared before the Court to argue the motion. Counsel for plaintiff filed a letter of non-opposition to withdrawal, and did not appear at the hearing. Mr. Gray seeks to withdraw because his clients have insufficient funds to pay for his services.

Mr. Gray's clients reside in Japan, and speak no English. To this point, Mr. Gray has communicated with his clients using a translator who resides in Berkeley, California. In connection with this motion, Mr. Gray has provided a translated declaration from his clients,[1] agreeing to the withdrawal. In the declaration, defendants request that all further correspondence be served on them through the Electronic Case Filing (ECF) system, which they assert they will register for. In the declaration, Mr. Kono also states that he understands that Nofil Corporation cannot represent itself, and "the possible consequences thereof." Mr. Gray represented to the Court that Mr. Kono and Nofil understand the consequences of proceeding without counsel, including the possibility of entry of default

---

[1] Mr. Gray did not provide the original Japanese declaration, nor did he provide a translator's certification of the declaration submitted.

against Nofil.

In light of the foregoing circumstances, and concern for defendants' due process rights, the Court GRANTS Mr. Gray's motion to withdraw, subject to the following. Mr. Gray shall remain on the service list, and shall accept service for Mr. Kono and Nofil Corporation. Mr. Gray shall notify Mr. Kono and Nofil of all documents filed in the case, and forward such documents to them. Mr. Kono may register with the ECF system. If and once he does so, service will be effective on defendants via the ECF system, and Mr. Gray will be relieved of his duty to forward documents to defendants.

[Docket No. 50]

**IT IS SO ORDERED.**

Dated: June 22 , 2007

SUSAN ILLSTON
United States District Judge