**PSA** Phillips Spallas & Angstadt LLP

ROBERT K. PHILLIPS
GREGORY L. SPALLAS
TODD A. ANGSTADT
KRISTIN L. OLIVEIRA
KATHERINE A. MUNTER
ELISA RHEIN MARCALETTI
BRENDA H. ENTZMINGER**
BRADLEY J. JAMESON
MICHAEL R. HALVORSEN
SHARON E. HOW
JOHN W. KIRK***
KATHY K. LEE
ELIZABETH KELLY MEYERS****
KRISTI A. NGUYEN
ERIN J. ILLMAN
CANDICE A. MULLINGS
ALEXANDER A. GUILLEN
SWETA H. PATEL
BRANDON P. SMITH*
DAVID W. GUTKE*
RICHARD J. MAY

Of Counsel
JAMES L. GHIDELLA

*ADMITTED IN NEVADA
**ADMITTED IN CALIFORNIA & NEVADA
***ADMITTED IN NEVADA & UTAH
****ADMITTED IN CALIFORNIA, NEVADA & OREGON

Reply to San Francisco Office

July 25, 2007

*Judge Illston will not advance the motion to dismiss but will extend the filing deadlines for the motion for summary judgment by a month.*

Via ECF

Honorable Susan Illston
United States District Court
Northern District of California
Courtroom 10
450 Golden Gate Ave.
San Francisco, CA 94102

Re: *Oculus Innovative Sciences, Inc., v. Nofil Corp.*
United States District Court, Northern District of California
Case No. 3:06-cv-01686-SI
Request to Shorten Time for Hearing on Motion to Dismiss

Dear Judge Illston,

On July 2, 2007, Oculus filed a motion to dismiss certain of the claims and causes of action at issue in defendants' counterclaim. At the time of filing, Oculus was unable to secure a hearing date until September 7, 2007. Oculus plans to file motions for summary judgment and to dismiss defendants' counterclaim [FRCP 41(B)] on or before August 31, 2007, the deadline set by this Court for the filing of motions. In order to narrow the issues that must be addressed in these dispositive motions, Oculus now seeks an earlier hearing date on its motion to dismiss, preferably, on or before August 17, 2007. Notably, a hearing on August 17, 2007 (or even August 10, 2007) would be outside the 35 day notice period provided for in Civil Local Rule 7-2(a).

As reflected in the letter attached as Exhibit A, we have attempted to secure defendants' agreement to this proposed earlier hearing date. To date, we have received no response.

In the event the Court is inclined to grant this request, we enclose a [Proposed] Order.

Respectfully submitted,

PHILLIPS, SPALLAS & ANGSTADT LLP

Katherine A. Munter

KAM:jsp

Cc: Naoshi Kono
Gary Gray, Esq.
Jim Schutz, Esq.

SAN FRANCISCO
650 CALIFORNIA STREET
10TH FLOOR
SAN FRANCISCO, CA 94108
(415) 278-9400
FAX: (415) 278-9411

PHILLIPS, SPALLAS & ANGSTADT LLC
LAS VEGAS
211 N. BUFFALO, SUITE E
LAS VEGAS, NV 89145
(702) 938-1510
FAX: (702) 938-1511

WWW.PSALAW.NET

PHILLIPS, SPALLAS & ANGSTADT LLP
KATHERINE A. MUNTER (SBN 163666)
650 California Street, 10th Floor
San Francisco, California 94108
Telephone: (415) 278-9400
Fax: (415) 278-9411

Attorneys for Plaintiff
OCULUS INNOVATIVE SCIENCES, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCULUS INNOVATIVE SCIENCES, INC., | Civil Action Case No. C-06-1686 SI |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | Trial Date: November 19, 2007 |
| | Courtroom: 10, 19th Floor |
| NOFIL CORPORATION and NAOSHI KONO | **Judge: Hon. Susan Illston** |
| Defendants. | |

And related counterclaims

## [PROPOSED] ORDER

It is hereby ordered that the hearing on Plaintiff's Motion to Dismiss in this matter shall be heard on _____ at _____.

Date:

_____
Judge Susan Illston

EXHIBIT A

# PSA Phillips Spallas & Angstadt LLP

ROBERT K. PHILLIPS
GREGORY L. SPALLAS
TODD A. ANGSTADT
KRISTIN L. OLIVEIRA
KATHERINE A. MUNTER
ELISA RHEIN MARCALETTI
BRENDA H. ENTZMINGER**
BRADLEY J. JAMESON
MICHAEL R. HALVORSEN
SHARON E. HOW
JOHN W. KIRK***
KATHY K. LEE
ELIZABETH KELLY MEYERS****
KRISTI A. NGUYEN
ERIN J. ILLMAN
CANDICE A. MULLINGS
ALEXANDER A. GUILLEN
SWETA H. PATEL
BRANDON P. SMITH*
DAVID W. GUTKE*
RICHARD J. MAY

Of Counsel
JAMES L. GHIDELLA

*ADMITTED IN NEVADA
**ADMITTED IN CALIFORNIA & NEVADA
***ADMITTED IN NEVADA & UTAH
****ADMITTED IN CALIFORNIA, NEVADA & OREGON

Reply to San Francisco Office

July 16, 2007

*Via Facsimile and email*

Mr. Naoshi Kono
Nofil Corporation
601 Athlete-Town
6-4-1 Yokoyama Sagamihara-city, Kanagawa
229-1122
Japan

Re: *Oculus Innovative Sciences, Inc., v. Nofil Corp.*
United States District Court, Northern District of California
Case No. 3:06-cv-01686-SI

Dear Mr. Kono,

This letter follows up on mine of July 6, 2007 regarding your failure to provide discovery responses in this matter. Regrettably, Oculus will be forced to file a Motion to Compel and for Sanctions on Wednesday of this week. We write to ask that you stipulate to a hearing date of Friday, August 10, 2007, with your Opposition (if any) due on August 3, 2007 and our Reply due on Tuesday, August 7, 2007.

Please also advise whether you will stipulate to the same hearing and briefing schedule for our Motion to Dismiss, filed on July 2, 2007, which is currently set for hearing on September 7, 2007. This will allow us both the benefit of knowing what issues we will need to brief in dispositive motions, currently due on August 31, 2007.

I look forward to your response to this request as soon as possible.

Very truly yours,

PHILLIPS, SPALLAS & ANGSTADT LLP

Katherine A. Munter

KAM:jsp
Encls.
CC: James Schutz
    Robert Phillips

SAN FRANCISCO
650 CALIFORNIA STREET
10TH FLOOR
SAN FRANCISCO, CA 94108
(415) 278-9400
FAX: (415) 278-9411

PHILLIPS, SPALLAS & ANGSTADT LLC
LAS VEGAS
211 N. BUFFALO, SUITE E
LAS VEGAS, NV 89145
(702) 938-1510
FAX: (702) 938-1511

WWW.PSALAW.NET