**Robert K. Phillips- #135088**
**Katherine A. Munter- # 163666**
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, 10th Floor
San Francisco, California 94108
Phone: (415) 278-9400
Fax:    (415) 278-9411

Attorneys for Plaintiff
Oculus Innovative Sciences, Inc.
and Cross-Defendant Hoji Alimi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oculus INNOVATIVE SCIENCES, INC. | Case No. C06-1686 SI |
| Plaintiff, | **[PROPOSED] ORDER RE PRETRIAL DEADLINES** |
| v. | |
| NAOSHI KONO and NOFIL CORPORATION | Courtroom 10:   Judge S. Illston<br>Trial Date:     November 19, 2007 |
| Defendants. | |
| And related Counterclaims | |

Having read and considered the Request for Continuance of all Pretrial Deadlines made in the letter brief filed by plaintiff and cross-defendant Oculus Innovative Sciences, Inc. on October 22, 2004, it is hereby ORDERED:

(1) the Pretrial Conference in this matter is set for _12/18/07_ ; ~~and~~

(2) a Joint Pretrial Conference Statement is due on _12/4/07_ .

IT IS SO ORDERED.

_____
Judge Susan Illston

-1-
[PROPOSED] Order