**Robert K. Phillips- #135088**
**Katherine A. Munter- # 163666**
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, 10th Floor
San Francisco, California 94108
Phone: (415) 278-9400
Fax:    (415) 278-9411

Attorneys for Plaintiff
Oculus Innovative Sciences, Inc.
and Cross-Defendant Hoji Alimi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oculus INNOVATIVE SCIENCES, INC. | Case No. C06-1686 SI |
| Plaintiff, | **[PROPOSED] ORDER RE PRETRIAL DEADLINES** |
| v. | **Courtroom 10:    Judge S. Illston** |
| NAOSHI KONO and NOFIL CORPORATION | **Trial Date:         November 19, 2007** |
| Defendants. | |
| And related Counterclaims | |

Pursuant to this Court's order dated November 15, 2007 [Docket no. 88], It is hereby

ORDERED:

   Oculus will appear at an evidentiary hearing to offer proof of its alleged Damages on January 22, 2008, at 10:00 a.m.

IT IS SO ORDERED.

_Susan Illston_
Judge Susan Illston

-1-
**[PROPOSED] Order**