IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCULUS INNOVATIVE SCIENCES, INC., | No. C 06-01686 SI |
| Plaintiff, | **ORDER AWARDING DAMAGES TO PLAINTIFF** |
| v. | |
| NOFIL CORPORATION, et al., | |
| Defendants. | |

By order issued November 15, 2007, this Court granted summary judgment in favor of plaintiff Oculus Innovative Sciences, Inc. The motion was uncontested. The Court held that plaintiff was entitled to summary judgment on its claim for defendants' breach of a non-disclosure agreement and exclusive purchase agreement. In so holding, the Court found that plaintiff had suffered some damage as a result of the breach, but declined to find on the record before it the amount of damages to which plaintiff was entitled. On January 22, 2008, the Court held an evidentiary hearing on this question.

After considering the evidence submitted, the Court finds that plaintiff has proved to the Court's satisfaction that plaintiff has suffered $916,206 in lost profits for fiscal year 2006 through part of fiscal year 2008. The Court also finds that plaintiff has proved to the Court's satisfaction that plaintiff will suffer future lost profits of $5,727,829 for the next five and a half fiscal years, discounted to present value. The Court does not accept plaintiff's capitalized loss analysis, and thus declines to find an additional loss of $12,586,359 for years beyond fiscal year 2013. In sum, the Court hereby GRANTS

///

IN PART and DENIES IN PART plaintiff's motion for summary judgment as to damages [Docket No. 70]. Defendants are ordered to pay plaintiff $6,644,035 in damages for lost profits as a result of the breach.

**IT IS SO ORDERED.**

Dated: January 23, 2008

SUSAN ILLSTON
United States District Judge