IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCULUS INNOVATIVE SCIENCES, INC., | No. C 06-01686 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NOFIL CORPORATION, et al., | |
| Defendants. | |

Judgment is hereby entered in favor of plaintiff and against defendants in the amount of $6,644,035.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 23, 2008

SUSAN ILLSTON
United States District Judge